Eric Alan SANDERS, Plaintiff–Appellant,

v.

FAMILY DOLLAR STORES, INCORPORATED, Defendant–Appellee.

No. 16-1921

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2016

Decided: October 3, 2016

Eric Alan Sanders, Appellant Pro Se. Ronald K. Wray, II, Gallivan, White & Boyd, PA, Greenville, South Carolina, for Appellee.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Alan Sanders seeks to appeal the district court's order overruling his objections to the magistrate judge's order compelling him to attend a deposition and the magistrate judge's order denying reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Sanders seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny Sanders' motion for a transcript at government expense and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED